# EXHIBIT A

# Case Summary

**Case Number:** BUR L-000072-24

**Case Caption:** Roberts Angela Vs Unlock Partnership Solutions

**Court:** Civil Part
**Venue:** Burlington
**Case Initiation Date:** 01/11/2024

**Case Type:** Complex Commercial
**Case Status:** Active
**Jury Demand:** 6 Jurors

**Case Track:** 4
**Judge:** Aimee R Belgard
**Team:** 1

**Original Discovery End Date:**
**Current Discovery End Date:**
**# of DED Extensions:** 0

**Original Arbitration Date:**
**Current Arbitration Date:**
**# of Arb Adjournments:** 0

**Original Trial Date:**
**Current Trial Date:**
**# of Trial Date Adjournments:** 0

**Disposition Date:**
**Case Disposition:** Open
**Statewide Lien:**

## Plaintiffs

### Angela Roberts

**Party Description:** Attorney
**Attorney Name:** Edward George Hanratty

**Address Line 1:** 57 West Main St.
**Address Line 2:**
**Attorney Bar ID:** 052151997

**City:** Freehold
**State:** NJ
**Zip:** 07728
**Phone:** (732) 866-6655

**Attorney Email:** THANRATTY@CENTRALNEWJERSEYBANKRUPTCYLAWYER.COM

## Defendants

### Unlock Partnership Solutions AKA Unlock Partnership Solutions Aoi Inc

**Party Description:** Corp
**Attorney Name:**

**Address Line 1:** 548 Market St
**Address Line 2:**
**Attorney Bar ID:**

**City:** San Francisco
**State:** CA
**Zip:** 94104
**Phone:**

**Attorney Email:**

### Clear Edge Title Inc

**Party Description:** Corp
**Attorney Name:**

**Address Line 1:** 2605 Enterprise Road East
**Address Line 2:**
**Attorney Bar ID:**

**City:** Clear Water
**State:** FL
**Zip:** 33750
**Phone:**

**Attorney Email:**

### Abc Inc 1-10

**Party Description:** Fictitious
**Attorney Name:**

**Address Line 1:**
**Address Line 2:**
**Attorney Bar ID:**

**City:**
**State:** NJ
**Zip:** 00000
**Phone:**

**Attorney Email:**

### John Doe 1-10

**Party Description:** Fictitious
**Attorney Name:**

**Address Line 1:**
**Address Line 2:**
**Attorney Bar ID:**

**City:**
**State:** NJ
**Zip:** 00000
**Phone:**

**Attorney Email:**

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 01/11/2024 | Complaint with Jury Demand for BUR-L-000072-24 submitted by HANRATTY, EDWARD GEORGE, EDWARD HANRATTY on behalf of ANGELA ROBERTS against UNLOCK PARTNERSHIP SOLUTIONS A, CLEAR EDGE TITEL INC. | LCV202495833 | 01/11/2024 |
| 01/12/2024 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV2024103920 | 01/12/2024 |
| 02/15/2024 | AFFIDAVIT OF SERVICE submitted by HANRATTY, EDWARD, GEORGE of EDWARD HANRATTY on behalf of ANGELA ROBERTS against UNLOCK PARTNERSHIP SOLUTIONS AOI INC, CLEAR EDGE TITLE INC, ABC INC 1-10, JOHN DOE 1-10 | LCV2024417294 | 02/15/2024 |
| 02/15/2024 | AFFIDAVIT OF SERVICE submitted by HANRATTY, EDWARD, GEORGE of EDWARD HANRATTY on behalf of ANGELA ROBERTS against UNLOCK PARTNERSHIP SOLUTIONS AOI INC, CLEAR EDGE TITLE INC, ABC INC 1-10, JOHN DOE 1-10 | LCV2024417305 | 02/15/2024 |

| | | | |
|---|---|---|---|
| 02/23/2024 | AFFIDAVIT OF SERVICE submitted by HANRATTY, EDWARD, GEORGE of EDWARD HANRATTY on behalf of ANGELA ROBERTS against UNLOCK PARTNERSHIP SOLUTIONS AOI INC, CLEAR EDGE TITLE INC | LCV2024483501 | 02/23/2024 |
| 02/26/2024 | Answer/First Pleading submitted by Michael Defrancesco. JEDS EF-2496607 | LCV2024497333 | 02/26/2024 |
| 02/26/2024 | Deficiency Notice for Answer/First Pleading LCV2024497333 Other-Your Answer is received but NOT filed. Corporations must be represented by an attorney per R. 1:21-1(c) in cases where the amount in controversy is over $5K. | LCV2024500600 | 02/26/2024 |