ANGELA ROBERTS Plaintiff
vs.
UNLOCK PARTNERSHIP SOLUTIONS AOI INC., ET AL Defendant

Superior Court of New Jersey
Law Division
Burlington County
Docket Number: BUR-L-000072-24

**Person to be served** (Name & Address):
UNLOCK PARTNERSHIP SOLUTIONS AOI INC.
548 MARKET ST
SUITE 275
SAN FRANCISCO, CA 94104

**Attorney:**
Edward Hanratty, Esq.

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

STS2024012349

Cost of Service pursuant to R. 4:4-3(c)

$______________

**Papers Served:** Summons, Complaint, Jury Demand, Notice To Attorney General Of Action, Certification Pursuant to R. 4:5-1, CIS, Lawyers Referral List

**Service Data:**

Served Successfully X  Not Served_____  Date: 2/2/2024  Time: 3:13 pm  Attempts:_____

_________ Delivered a copy to him / her personally

_________ Left a copy with a competent household member over 14 years of age residing therein

X Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

BECKY THOMAS

AGENT/AUTHORIZED AGENT

**Description of Person Accepting Service:**

Sex: F  Age: 40  Height: 5'6"  Weight: 210  Skin Color: BLACK  Hair Color: BLACK

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on 02/07/2024 by the affiant who is personally known to me.

NOTARY PUBLIC

NERIZA QUITLONG
Notary Public - California
San Mateo County
Commission # 2327061
My Comm. Expires May 2, 2024

I, Lindon Lilly, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

2-7-24

Signature of Process Server Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024012349
Ref: NA

ANGELA ROBERTS Plaintiff
vs.
UNLOCK PARTNERSHIP SOLUTIONS AOI INC., ET AL Defendant

Superior Court of New Jersey
Law Division
Burlington County
Docket Number: BUR-L-000072-24

**Person to be served** (Name & Address):
CLEAR EDGE TITLE INC.
2605 ENTERPRISE ROAD EAST
SUITE 270
CLEARWATER, FL 33750

# AFFIDAVIT OF SERVICE

(For Use by Private Service)

**Attorney:**
Edward Hanratty, Esq.

**Papers Served:** Summons, Complaint, Jury Demand, Notice To Attorney General Of Action, Certification Pursuant to R. 4:5-1, CIS, Lawyers Referral List

**Service Data:**

Served Successfully X Not Served_____ Date: 1/23/2024 Time: 11:16 am Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

X Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

JENIFER S.

VICE PRESIDENT

**Description of Person Accepting Service:**

Sex: F Age: 30 Height: 5'6 Weight: 120 Skin Color: WHITE Hair Color: BLONDE

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: ________Date _______Time
________Date _______Time

( ) Other: ____________________

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on 01/23/24 by the affiant who is personally known to me.

NOTARY PUBLIC

ODALYS G. EIRE
Notary Public-State of Florida
Commission # HH 466991
My Commission Expires
November 26, 2027

I, CHRISTOPHER DAVIGNON, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

1/23/2024

Signature of Process Server Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024012348
Ref: NA

ANGELA ROBERTS Plaintiff
vs.
UNLOCK PARTNERSHIP SOLUTIONS AOI INC., ET AL Defendant

Superior Court of New Jersey
Law Division
Burlington County
Docket Number: BUR-L-000072-24

**Person to be served** (Name & Address):
UNLOCK PARTNERSHIP SOLUTIONS AOI INC.
548 MARKET ST
SUITE 275
SAN FRANCISCO, CA 94104

**Attorney:**
Edward Hanratty, Esq.

# AFFIDAVIT OF SERVICE

(For Use by Private Service)

STS2024012349

Cost of Service pursuant to R. 4:4-3(c)

$__________

**Papers Served:** Summons, Complaint, Jury Demand, Notice To Attorney General Of Action, Certification Pursuant to R. 4:5-1, CIS, Lawyers Referral List

**Service Data:**

Served Successfully X Not Served ____ Date: 2/2/2024 Time: 3:13 pm Attempts: ____

____ Delivered a copy to him / her personally

____ Left a copy with a competent household member over 14 years of age residing therein

X Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

BECKY THOMAS

AGENT/AUTHORIZED AGENT

**Description of Person Accepting Service:**

Sex: F Age: 40 Height: 5'6" Weight: 210 Skin Color: BLACK Hair Color: BLACK

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on 02/07/2024 by the affiant who is personally known to me.

NOTARY PUBLIC

NERIZA QUITLONG
Notary Public - California
San Mateo County
Commission # 2327061
My Comm. Expires May 2, 2024

I, Lindon Lilly, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server Date 2-7-24

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024012349
Ref: NA