# EXHIBIT D

# Form A

**Plaintiff or Filing Attorney Information:**

Name Michael DeFrancesco

NJ Attorney ID Number NA

Address 2605 Enterprise Road E Suite 270
Clearwater, FL 33759

Email Address info@cetitle.com

Telephone Number (877) 536-3390 ext.

Superior Court of New Jersey
Law Division
Burlington County
Docket Number BUR-L-000072-24

ANGELA ROBERTS,
Plaintiff,

v.

CLEAREDGE TITLE, INC,
Defendant(s).

Civil Action

**Answer**

The defendant, CLEAREDGE TITLE, INC, answers the plaintiff's claim as follows:
(State whether you agree or disagree with each paragraph of the plaintiff's complaint. If additional room is needed, attach a separate sheet.)

1. Separate sheet attached

2.

3.

4.

5.

**WHEREFORE**, the defendant demands judgment dismissing the complaint with costs.

**Form A**

## Affirmative Defense(s)

(State the reasons why you disagree with plaintiff's complaint or why what you did or did not do is not a matter for court. If additional room is needed, attached a separate sheet.)

1. ClearEdge Title, Inc is a title and escrow company. We have provided a property report, escrow services and recording services to Unlock Partnership Solutions AOI Inc

2. ClearEdge Title, Inc was not involved in any of the financial matters related to the mortgage given to the plaintiff

3. ____________________

## Certification of No Other Actions

I certify that this dispute is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief, no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

2.23.24
Dated

[signature]
Signature

## Certification Regarding Filing and Service

The undersigned hereby certifies that a copy of this pleading was served and filed within the time permitted by the court rules.

2.23.24
Dated

[signature]
Signature

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## Demand for Trial by Jury

TAKE NOTICE that the defendant demands a trial by jury on all issues.

________________
Dated

________________
Signature

ClearEdge Title

Re: **Burlington County Docket No. BUR-L-000072-24**

**Answer:**

Count 1 Truth in Lending Act

1. Acknowledge
2. We lack insufficient information to confirm as to the service we provided in the transaction.
3. We lack insufficient information to confirm as to the service we provided in the transaction.
4. We lack insufficient information to confirm as to the service we provided in the transaction.
5. We lack insufficient information to confirm as to the service we provided in the transaction.
6. We lack insufficient information to confirm as to the service we provided in the transaction.
7. We lack insufficient information to confirm as to the service we provided in the transaction.

Count 2 New Jersey Homeowners Security Act of 2002

1. Acknowledge
2. We lack insufficient information to confirm as to the service we provided in the transaction.
3. We lack insufficient information to confirm as to the service we provided in the transaction.
4. We lack insufficient information to confirm as to the service we provided in the transaction.
5. We lack insufficient information to confirm as to the service we provided in the transaction.
6. We lack insufficient information to confirm as to the service we provided in the transaction.

Count 3 New Jersey Consumer Fraud Act

1. Acknowledge
2. We lack insufficient information to confirm as to the service we provided in the transaction.

Count 4 New Jersey Truth in Consumer Contract Warranty and Notice Act

1. Acknowledge
2. We lack insufficient information to confirm as to the service we provided in the transaction.
3. We lack insufficient information to confirm as to the service we provided in the transaction.

Count 5 Usury

1. Acknowledge
2. We lack insufficient information to confirm as to the service we provided in the transaction. We understand the mortgage filed is not associated with a mortgage loan.

New Jersey Judiciary
Civil Practice Division

# Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed, or attorney's signature is not affixed.

**For Use by Clerk's Office Only**

| Payment type | Charge/Check Number | Amount | Overpayment | Batch Number |
|---|---|---|---|---|
| ☐ check ☐ charge ☐ cash | | $ | $ | |

| | | |
|---|---|---|
| Attorney/Pro Se Name: Michael DeFrancesco | Telephone Number: (877) 536-3390 ext. | County of Venue: Burlington |
| Firm Name (if applicable): ClearEdge Title | Docket Number (when available): BUR-L-000072-24 | |
| Office Address - Street: 2605 ENTERPRISE ROAD E SUITE 270 | City: CLEARWATER | State: FL; Zip: 33759 |
| Document Type: ANSWER | Jury Demand: ☐ Yes ■ No | |
| Name of Party (e.g., John Doe, Plaintiff): CLEAREDGE TITLE, DEFENDANT | Caption: ANGELA ROBERTS. PLAINTIFF V CLEAREDGE TITLE, DEFENDANT | |

Case Type Number (See page 3 for listing) 599

Are sexual abuse claims alleged? ☐ Yes ■ No

Does this case involve claims related to COVID-19? ☐ Yes ■ No

Is this a professional malpractice case? ☐ Yes ■ No

If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit.

Related Cases Pending? ☐ Yes ■ No

If "Yes," list docket numbers

Do you anticipate adding any parties (arising out of same transaction or occurrence)? ☐ Yes ■ No

Name of defendant's primary insurance company (if known) ■ None ☐ Unknown

**The Information Provided on This Form Cannot be Introduced into Evidence.**

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

Do parties have a current, past or recurrent relationship? ☐ Yes ■ No

If "Yes," is that relationship:

☐ Employer/Employee ☐ Friend/Neighbor ☐ Familial ☐ Business

☐ Other (explain) ____________________

Does the statute governing this case provide for payment of fees by the losing party? ☐ Yes ■ No

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.

♿ Do you or your client need any disability accommodations? ☐ Yes ■ No

If yes, please identify the requested accommodation:

Will an interpreter be needed? ☐ Yes ■ No

If yes, for what language?

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**

Attorney/Self-Represented Litigant Signature: ____________________

# Civil Case Information Statement (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES**

(Choose one and enter number of case type in appropriate space on page 1.)

## Track I - 150 days discovery

| | |
|---|---|
| 151 | Name Change |
| 175 | Forfeiture |
| 302 | Tenancy |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | Book Account (debt collection matters only) |
| 505 | Other Insurance Claim (including declaratory judgment actions) |
| 506 | PIP Coverage |
| 510 | UM or UIM Claim (coverage issues only) |
| 511 | Action on Negotiable Instrument |
| 512 | Lemon Law |
| 801 | Summary Action |
| 802 | Open Public Records Act (summary action) |
| 999 | Other (briefly describe nature of action) |

## Track II - 300 days discovery

| | |
|---|---|
| 305 | Construction |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) |
| 599 | Contract/Commercial Transaction |
| 603N | Auto Negligence – Personal Injury (non-verbal threshold) |
| 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 605 | Personal Injury |
| 610 | Auto Negligence – Property Damage |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | Tort – Other |

## Track III - 450 days discovery

| | |
|---|---|
| 005 | Civil Rights |
| 301 | Condemnation |
| 602 | Assault and Battery |
| 604 | Medical Malpractice |
| 606 | Product Liability |
| 607 | Professional Malpractice |
| 608 | Toxic Tort |
| 609 | Defamation |
| 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 617 | Inverse Condemnation |
| 618 | Law Against Discrimination (LAD) Cases |

## Track IV - Active Case Management by Individual Judge / 450 days discovery

| | |
|---|---|
| 156 | Environmental/Environmental Coverage Litigation |
| 303 | Mt. Laurel |
| 508 | Complex Commercial |
| 513 | Complex Construction |
| 514 | Insurance Fraud |
| 620 | False Claims Act |
| 701 | Actions in Lieu of Prerogative Writs |

## Multicounty Litigation (Track IV)

| | |
|---|---|
| 282 | Fosamax |
| 291 | Pelvic Mesh/Gynecare |
| 292 | Pelvic Mesh/Bard |
| 293 | DePuy ASR Hip Implant Litigation |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components |
| 300 | Talc-Based Body Powders |
| 601 | Asbestos |
| 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 626 | Abilify |
| 627 | Physiomesh Flexible Composite Mesh |
| 628 | Taxotere/Docetaxel |
| 629 | Zostavax |
| 630 | Proceed Mesh/Patch |
| 631 | Proton-Pump Inhibitors |
| 633 | Prolene Hernia System Mesh |
| 634 | Allergan Biocell Textured Breast Implants |
| 635 | Tasigna |
| 636 | Strattice Hernia Mesh |
| 637 | Singulair |
| 638 | Elmiron |
| 639 | Pinnacle Metal-on-Metal (MoM) Hip Implants |

If you believe this case requires a track other than that provided above, please indicate the reason on page 1, in the space under "Case Characteristics".

**Please check off each applicable category**

☐ **Putative Class Action** ☐ **Title 59** ☐ **Consumer Fraud**

☐ **Medical Debt Claim**