# **CERTIFICATE OF SERVICE**

I, Jason R. Lipkin, Esq.. hereby certify that on this 4th day of March, 2024, a true copy of this Notice of Removal with supporting exhibits and Civil Cover Sheet was filed electronically with the Clerk of this Court using the CM/ECF system, and a copy was further served via regular mail, upon the following parties:

Edward Hanratty, Esq.
57 W. Main Street, 2nd Floor, Suite 2
Freehold, NJ 07728
(732) 866-6655

*/s/ Jason R. Lipkin*
Jason R. Lipkin, Esq.