**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA ROBERTS,<br><br>Plaintiff,<br><br>- against -<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., CLEAR EDGE TITLE INC., ABC INC 1 – 10, AND JOHN DOE 1-10,<br><br>Defendants. | Case No.: 1:24-cv-1374 |

**CORPORATE DISCLOSURE**

Defendant Unlock Partnership Solutions, Inc. ("Unlock") provides this corporate disclosure per Federal Rule of Civil Procedure 7.1. Unlock is a corporation. No publicly held company owns any interest in Unlock. Unlock is incorporated in the State of New York.

Date: March 4, 2024

McGlinchey Stafford, PLLC

*/s/ Jason R. Lipkin, Esq.*

Jason R. Lipkin, Esq.
112 West 34th Street, Suite 1515
New York, NY 10120
T: 646-362-4048
E-mail: jlipkin@mcglinchey.com

**CERTIFICATE OF SERVICE**

I, Jason R. Lipkin, Esq.. hereby certify that on this 4th day of March, 2024, a true copy of this Corporate Disclosure was filed electronically with the Clerk of this Court using the CM/ECF system, and a copy was further served via regular mail, upon the following parties:

Edward Hanratty, Esq.
57 W. Main Street, 2nd Floor, Suite 2
Freehold, NJ 07728
(732) 866-6655

*/s/ Jason R. Lipkin*
Jason R. Lipkin, Esq.