**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA ROBERTS,<br><br>Plaintiff,<br><br>- against -<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., CLEAR EDGE TITLE INC., ABC INC 1 – 10, AND JOHN DOE 1-10,<br><br>Defendants. | Case No.: 24-cv-01374-CPO-AMD |

**PLEASE TAKE NOTICE** that upon the pleadings and proceedings had herein along with the annexed Declaration of Jason R. Lipkin, Esq. dated May 29, 2024, and exhibits annexed therewith, and the accompanying Memorandum of Law dated May 29, 2024, defendant Unlock Partnership Solutions AOI, Inc. ("Unlock") will move before the Honorable Christine P. O'Hearn, J.S.C., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Federal Courthouse, 4th & Cooper Street, Camden, NJ 08101, Courtroom 5A, on **July 9, 2024,** or as soon thereafter as counsel may be heard, for an Order dismissing the Complaint of Plaintiff Angela Roberts ("Plaintiff") and compelling Plaintiff and Unlock to arbitration, as well as for any such other and further relief as this Court deems just and proper.

Dated: New York, New York
May 29, 2024

MCGLINCHEY STAFFORD PLLC

By: /s/ Jason R. Lipkin
Jason R. Lipkin
112 West 34th Street, Suite 1515
New York, New York
Ph: (646) 362-4048
jlipkin@mcglinchey.com
*Counsel for Defendant Unlock*