**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA ROBERTS,<br><br>Plaintiff,<br><br>- against -<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., CLEAR EDGE TITLE INC., ABC INC 1 – 10, AND JOHN DOE 1-10,<br><br>Defendants. | Case No.: 24-cv-01374-CPO-AMD |

**Jason R. Lipkin** hereby declares pursuant to Section 1746 of Title 28 of the United States Code:

1. I am an attorney licensed to practice before this Court and Of Counsel to McGlinchey Stafford, PLLC. I am fully familiar with the facts of this case and the proceedings heretofore had herein as set forth below.

2. I submit this Declaration in support of Defendant Unlock Partnership Solutions AOI's ("Unlock") motion to dismiss the complaint and to compel arbitration, and for any such other and further relief as this Court deems just and proper.

3. On or about January 11, 2024, Plaintiff filed a Complaint in the Superior Court of the State of New Jersey, Burlington County, under Docket No.: BUR-L-000072-24. The matter was then removed to the District Court by Notice of Removal dated March 4, 2024.

4. Thereafter, Plaintiff filed the Amended Complaint on or about March 28, 2024. A copy of the Amended Complaint is annexed hereto as Exhibit A.

5. On April 10, 2024, Unlock filed a pre-motion conference request letter, seeking permission to file a motion to dismiss and to compel arbitration based on the arbitration provision contained in the Forward Sale and Exchange Agreement ("FSEA") that governs the transaction between Plaintiff and Unlock herein. A copy of the FSEA is annexed hereto as Exhibit B.

6. WHEREFORE, for the reasons stated in the accompanying Memorandum of Law, Unlock requests that this court grant Unlock's Motion to Dismiss and Compel Arbitration, along with such other and further relief as this Court deems appropriate..

Dated: May 29, 2024

MCGLINCHEY STAFFORD, PLLC
Counsel for Unlock

*/s/ Jason R. Lipkin, Esq.*

By: Jason R. Lipkin
112 W. 34th Street, Suite 1515
New York, NY 10120
(646) 362-4048
jlipkin@mcglinchey.com