**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA ROBERTS,<br><br>Plaintiff,<br><br>- against -<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., CLEAR EDGE TITLE INC., ABC INC 1 – 10, AND JOHN DOE 1-10,<br><br>Defendants. | Case No.: 24-cv-01374-CPO-AMD<br><br>ORDER GRANTING DEFENDANT UNLOCK'S MOTION TO DISMISS AND TO COMPEL ARBITRATION |

Upon the Notice of Motion to Dismiss and to Compel Arbitration, the Declaration in Support thereof of Jason R. Lipkin, Esq. dated May 17, 2024, and the exhibits annexed thereto, the Memorandum of Law in Support submitted by Jason R. Lipkin, Esq. dated May 17, 2024, and upon the papers filed in opposition thereto and the reply papers filed by Defendants, and on all the pleadings, proceedings and papers heretofore had herein,

AND upon the Motion Hearing held on ________________, 2024, and after due deliberation,

NOW, on motion of McGlinchey Stafford, the attorneys for the Defendant Unlock Partnership Solutions, AOI ("Unlock"), it is

ORDERED, that Unlock's Motion to Dismiss the Complaint and to compel arbitration is granted in all respects; and it is further

ORDERED, that any and all of Plaintiff's causes of action stated in the Complaint are dismissed without prejudice as against Unlock; and it is further

ORDERED, that Plaintiff and Unlock are to arbitrate the claims and disputes raised in the Amended Complaint, dated March 28, 2024, pursuant to the terms of the Forward Sale and Exchange Agreement ("FSEA") as between the parties; and it is further

ORDERED, that a copy of this Order, once entered, may be served upon any parties named in this action, and any other party entitled to notice.

Enter:

______________________________