**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ANGELA ROBERTS,

Plaintiff,

- against -

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., CLEAR EDGE TITLE INC., ABC INC 1 – 10, AND JOHN DOE 1-10,

Defendants.

Case No.: 24-cv-01374-CPO-AMD

CERTIFICATE OF SERVICE

I, Jason R. Lipkin, Esq., hereby certify that, on May 2, 2024, I have caused a true and correct copy of the foregoing Notice of Motion to Dismiss and to Compel Arbitration to be served via ECF/e-filing on all counsel of record for this matter.

Dated: May 29, 2024

McGLINCHEY STAFFORD, PLLC

*/s/ Jason R. Lipkin, Esq.*
Jason R. Lipkin, Esq.
Counsel for Defendants
112 W. 34th Street, Suite 1515
New York, NY 10120
(646) 362-4048
jlipkin@mcglinchey.com