UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING:** 2/20/25

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Camille Pedano

**TITLE OF CASE:**  **DOCKET NO.**: 1:24-cv-1374 (CPO-AMD)

ANGELA ROBERTS
    v.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., et al.

**APPEARANCES:**
Edward Hanratty, Esquire & Thomas Scott-Railton, Esquire for Plaintiff
Christopher Reese, Esquire & Alex Green, Esquire for Defendant Unlock Partnership Solutions, AOI, Inc.

**NATURE OF PROCEEDINGS:** ORDER TO SHOW CAUSE
Hearing on this Court's Order to Show Cause, ECF No. 52.

Plaintiff shall file an amended complaint no later than March 20, 2025.

Time Commenced:   2:20pm
Time Adjourned:   2:45pm
**Total Time:**   **25 Minutes**

                                                  s/ Haley E. Minix
                                                Deputy Clerk