# Exhibit F

Gmail

Angela Roberts <shamayne11@gmail.com>

# Unlock - Property Report Came In - Need Title Borrowers Authorization signed - 10.8.21

4 messages

**Matthew Johnson** <matthew.johnson@unlock.com> Fri, Oct 8, 2021 at 6:49 PM
To: "shamayne11@gmail.com" <shamayne11@gmail.com>
Cc: Jennifer Serbay <jennifer.serbay@unlock.com>

Hello and good afternoon,

Find attached Title Borrowers Authorization.

Please print, complete and send back to me so that title can order the required payoffs including tax payoff(s).

Thank you.

**Matthew Johnson**

Transaction Specialist | Unlock Technologies
458 Market St | #31036, San Francisco, CA 94104

........................................................

**Unlock Technologies**: 800.560.3450 **extension:** 906

**Direct:** 415.489.9343 **Fax: 415.489.9343**

**E-Mail:** matthew.johnson@unlock.com

Your company number is: (800) 560-3450

Your extension number is: 906

This email, together with its attachments, if any, and the information contained therein is confidential and is intended solely for the recipient. Delivery of this email or any of the information contained herein to anyone other than the recipient or his designated representative is unauthorized and any other use, reproduction, distribution or copying of this email or the information contained herein, in whole or in part, without the prior written consent of Unlock Technologies Inc. and its affiliates or its affiliates is prohibited. Unlock Technologies Inc. and its affiliates accepts no liability for any errors or omissions arising as a result of this transmission. No assurances are given that this e-mail message and any attachments are free of viruses and/or other harmful code, and Unlock Technologies Inc. and its affiliates accepts no liability for any damage

sustained as a result of such viruses or harmful code. The contents of this e-mail message and any attachments should not be regarded as a solicitation or offer to buy or sell any securities. This email and the information contained herein shall not constitute an offer to sell or the solicitation of an offer to purchase an interest in a fund. Any such offer or solicitation will be made to qualified investors only by means of delivery of appropriate documentation, including without limitation, offering memoranda and related subscription agreement as applicable. Securities shall not be offered or sold in any jurisdiction in which such offer, solicitation or sale would be unlawful until the requirements of the laws of such jurisdiction have been satisfied. Any performance information contained herein may be unaudited and estimated. Past performance is not indicative of future results. If you have received this message in error, please notify the sender immediately and delete this message and any related attachments.

**Unlock Auth.pdf**
76K

---

**Angela Roberts** <shamayne11@gmail.com> Tue, Oct 19, 2021 at 9:43 AM
To: Matthew Johnson <matthew.johnson@unlock.com>
Cc: Jennifer Serbay <jennifer.serbay@unlock.com>

Good morning, this is the signed auth
[Quoted text hidden]



**certification auth.tiff**
16956K

---

**Matthew Johnson** <matthew.johnson@unlock.com> Tue, Oct 19, 2021 at 12:04 PM
To: Angela Roberts <shamayne11@gmail.com>
Cc: Jennifer Serbay <jennifer.serbay@unlock.com>, Doreen Covington <doreen.covington@unlock.com>

Thank you. Sent to the title company.

[Quoted text hidden]
[Quoted text hidden]

---

**Angela Roberts** <shamayne11@gmail.com> Wed, Oct 20, 2021 at 9:19 AM
To: Matthew Johnson <matthew.johnson@unlock.com>
Cc: Jennifer Serbay <jennifer.serbay@unlock.com>, Doreen Covington <doreen.covington@unlock.com>

Great, thanks!
[Quoted text hidden]