UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING:** 12/4/2025

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Meta Goddard

**TITLE OF CASE:**                                              **DOCKET NO.**: 1:24-cv-1374 (CPO-AMD)

ANGELA ROBERTS
    v.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., et al.

**APPEARANCES:**
Edward Hanratty, Esquire & Thomas Scott-Railton, Esquire for Plaintiff
Christopher Reese, Esquire & Alex Green, Esquire for Defendant Unlock Partnership Solutions, AOI, Inc.

**NATURE OF PROCEEDINGS: MOTION HEARING**
Hearing on Defendant's Motion to Compel Arbitration, ECF No. 85.

**DISPOSITION:**
Decision reserved.

| | |
|---|---|
| Time Commenced: | 3:12pm |
| Time Adjourned: | 4:42pm |
| **Total Time:** | **1 Hour and 30 Minutes** |

                                                   s/ Haley E. Minix
                                                   Deputy Clerk