**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA ROBERTS, Plaintiff, <br><br> - against - <br><br> UNLOCK PARTNERSHIP SOLUTIONS AO1, INC., *et al.*, Defendants. | Case No.: 24-cv-01374-CPO-AMD |

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION**

**AND WAIVER OF RIGHT TO COMPEL ARBITRATION**

May the Court, the Clerk, and all interested parties please take notice that Defendant Unlock Partnership Solutions AO1, Inc. ("Unlock"), hereby withdraws its Motion to Compel Arbitration [Dkt. No. 85], including all supporting and relating filings, such that the issues raised therein are no longer pending before this Court.

Unlock hereby waives any right to compel arbitration that it may have pursuant to the Forward Sale and Exchange Agreement (the "FSEA") signed by Plaintiff on November 11, 2021, which is the subject of this action.

December 10, 2025

**UNLOCK PARTNERSHIP SOLUTIONS AO1 INC.,**
*By Counsel*,

/s/ *Jason R. Lipkin, Esq.*
Jason R. Lipkin, Esquire
Alexander R. Green, Esquire

1

(admitted *pro hac vice*)
MCGLINCHEY STAFFORD PLLC
112 West 34th Street, Suite 1515
New York, NY 10120
T: (646) 362-4048
F: (646) 224-9487
E:  jlipkin@mcglinchey.com
agreen@mcglinchey.com


Andrew K. Stutzman, Esquire
Christopher A. Reese, Esquire
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
E:  astutzman@stradley.com
creese@stradley.com


*Attorneys for Defendant Unlock Partnership Solutions AO1 Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on December 10, 2025, and it is available for viewing and downloading from the Court's ECF system, which automatically generates an electronic notice that constitutes service of the filed document upon all counsel of record in this matter.

/s/ *Jason R. Lipkin, Esq.*
Jason R. Lipkin, Esquire

2