**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA ROBERTS,<br>Plaintiff,<br><br>- against -<br><br>UNLOCK PARTNERSHIP SOLUTIONS AO1, INC., *et al.*,<br>Defendants. | Case No.: 24-cv-01374-CPO-AMD |

**ANSWER OF DEFENDANT UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., IN RESPONSE TO SECOND AMENDED COMPLAINT AND CROSSCLAIM, AND COUNTERCLAIM**

Defendant Unlock Partnership Solutions AOI, Inc. ("Unlock"), hereby answers the Second Amended Complaint of Plaintiff Angela Roberts and asserts affirmative defenses as follows:

## AS TO INTRODUCTION

Unlock admits only that Plaintiff asserts claims against it by way of this Second Amended Complaint, and denies that Plaintiff is entitled to any relief.

## AS TO JURISDICTION AND VENUE

1. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Admitted.

## AS TO PARTIES

2. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

3. Denied as stated.

4. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

5. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

## AS TO ALLEGATIONS

6. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

7. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

8. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

9. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

10. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

11. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

12. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

13. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

14. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

15. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

21. Denied.

22. Denied.

23. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

24. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

25. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

26. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

27. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

28. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

29. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

30. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

31. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

32. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

33. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

34. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

35. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

36. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

37. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

38. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

39. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

40. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

41. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

42. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

43. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

44. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

45. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

46. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

47. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

48. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

49. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

50. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

51. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

52. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

53. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

54. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

55. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

56. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

57. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

58. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

59. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

60. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

61. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

62. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

63. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

64. Denied.

65. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

66. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

67. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

68. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

69. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

70. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

71. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

72. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

73. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

74. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

75. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

76. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

77. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

78. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

79. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

80. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

81. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

82. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

83. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

84. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

85. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

86. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

87. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

88. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

89. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

90. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

91. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

92. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

93. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

94. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

95. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

96. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

97. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

98. This paragraph purports to characterize documents that speak for themselves, and any interpretations inconsistent with their terms are denied.

## COUNT 1 (Unlock)
## Truth in Lending Act

99. Unlock incorporates by reference the foregoing paragraphs as if fully set forth herein.

100. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

101. The allegations of this paragraph are conclusions of law to which no

response is required. To the extent a response is required, Unlock states as follows: Denied.

102. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

103. Admitted.

104. Unlock lacks sufficient knowledge or information to admit or deny the allegations in this paragraph and therefore they are denied.

105. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

106. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

107. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

108. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

109. The allegations of this paragraph are conclusions of law to which no

response is required. To the extent a response is required, Unlock states as follows: Denied.

110. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

111. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

112. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

113. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

114. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

115. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

116. The allegations of this paragraph are conclusions of law to which no

response is required. To the extent a response is required, Unlock states as follows: Denied.

117. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

118. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

119. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

WHEREFORE, Defendant Unlock Partnership Solutions AOI, Inc. denies that Plaintiff is entitled to any of the relief sought in the Wherefore Clause of her Complaint, denies any allegations that it has not otherwise expressly admitted, and requests judgment in its favor on Plaintiff's claims, together with all other relief to which it is entitled.

**COUNT 2 (Unlock)**
**New Jersey Home Ownership Security Act of 2002**

120. Unlock incorporates by reference the foregoing paragraphs as if fully set forth herein.

121. The allegations of this paragraph are conclusions of law to which no

response is required. To the extent a response is required, Unlock states as follows: Denied.

122. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

123. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

124. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

125. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

126. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

127. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

WHEREFORE, Defendant Unlock Partnership Solutions AOI, Inc. denies

that Plaintiff is entitled to any of the relief sought in the Wherefore Clause of her Complaint, denies any allegations that it has not otherwise expressly admitted, and requests judgment in its favor on Plaintiff's claims, together with all other relief to which it is entitled.

**COUNT 3 (All defendants)**
**New Jersey Consumer Fraud Act**

128. Unlock incorporates by reference the foregoing paragraphs as if fully set forth herein.

129. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

130. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

131. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

132. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

133. The allegations of this paragraph are conclusions of law to which no

response is required. To the extent a response is required, Unlock states as follows: Denied.

134. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

135. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

136. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

137. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

138. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

139. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

140. The allegations of this paragraph are conclusions of law to which no

response is required. To the extent a response is required, Unlock states as follows: Denied.

141. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

WHEREFORE, Defendant Unlock Partnership Solutions AOI, Inc. denies that Plaintiff is entitled to any of the relief sought in the Wherefore Clause of her Complaint, denies any allegations that it has not otherwise expressly admitted, and requests judgment in its favor on Plaintiff's claims, together with all other relief to which it is entitled.

**COUNT 4 (All defendants)**
**New Jersey Truth in Consumer Contract Warranty and Notice Act**

142. Unlock incorporates by reference the foregoing paragraphs as if fully set forth herein.

143. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

144. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

145. The allegations of this paragraph are conclusions of law to which no

response is required. To the extent a response is required, Unlock states as follows: Denied.

146. The allegations of this paragraph are conclusions of law to which no response is required. To the extent a response is required, Unlock states as follows: Denied.

WHEREFORE, Defendant Unlock Partnership Solutions AOI, Inc. denies that Plaintiff is entitled to any of the relief sought in the Wherefore Clause of her Complaint, denies any allegations that it has not otherwise expressly admitted, and requests judgment in its favor on Plaintiff's claims, together with all other relief to which it is entitled.

**COUNT 5 (Clear Edge Title)**
**Aiding and Abetting**

147. Unlock incorporates by reference the foregoing paragraphs as if fully set forth herein.

148-150. The allegations of these paragraphs are not directed at Unlock and therefore no response is required.

WHEREFORE, Defendant Unlock Partnership Solutions AOI, Inc. denies that Plaintiff is entitled to any of the relief sought in the Wherefore Clause of her Complaint, denies any allegations that it has not otherwise expressly admitted, and requests judgment in its favor on Plaintiff's claims, together with all other relief to which it is entitled.

## AFFIRMATIVE DEFENSES

Unlock asserts the following affirmative defenses:

1. Plaintiff has failed to state claims against Unlock upon which relief may be granted.

2. Plaintiff's claims are barred by equitable estoppel.

3. Plaintiff's claims are barred by the applicable statutes of limitations.

4. Plaintiff's claims are barred, in whole or in part, by ratification, agreement, acquiescence, or consent to the alleged conduct of Unlock.

5. Unlock's statements and correspondence, if any, were true or substantially true.

6. Unlock has at all times acted in good faith.

7. Plaintiff's own acts constitute a superseding or intervening cause of her damages, injuries, and losses, if any.

8. No action or inaction by Unlock, its agents, servants, employees, or representatives, caused or contributed in any manner to the damages, injuries, and losses alleged in Plaintiff's Complaint.

9. Plaintiff has not suffered an ascertainable loss.

10. Plaintiff is not entitled to attorneys' fees and costs.

11. Any rescission must be conditioned upon a tender by Plaintiff to Unlock of an amount to be proven at trial, but no less than $111,610.

12. Any claim against Unlock shall be subject to a setoff in an amount to be proven at trial, but no less than $111,610.

13. Any claim against Unlock shall be subject to a recoupment in an amount to be proven at trial, but no less than $111,610.

Unlock reserves the right to assert additional defenses that may become available during its continuing investigation and discovery in this case.

## ANSWER TO CROSSCLAIM

Defendant Unlock Partnership Solutions AOI, Inc. ("Unlock"), hereby denies any allegations asserted against it by Co-Defendant Clear Edge Title Inc. in its Crossclaim for Contribution and Indemnification.

## COUNTERCLAIM

Unlock asserts the following as its Counterclaim against Plaintiff:

1. Unlock hereby incorporates by record all allegations alleged in the Second Amended Complaint, to the extent admitted by Plaintiff or proven to be true before this Court.

2. To the extent the Court rules in favor of Plaintiff on any claim for rescission of the Forward Sale and Exchange Agreement entered into between Plaintiff and Unlock on or around November 13, 2021, Unlock is entitled to a monetary judgment in an amount to be proven at trial, but no less than $111,610, as well as prejudgment interest at an appropriate rate accruing on the date the FSEA was consummated..

3. To the extent the Court rules in favor of Plaintiff on any claim for rescission of the Forward Sale and Exchange Agreement entered into between Plaintiff and Unlock on or around November 13, 2021, Unlock is entitled to a constructive trust constituting a lien against the Property in an amount to be proven at trial, but no less than $111,610.To the extent the Court rules in favor of Plaintiff on any claim for rescission of the Forward Sale and Exchange Agreement entered into between Plaintiff and Unlock on or around November 13, 2021, Unlock is entitled to recoupment in an amount to be proven at trial, but no less than $111,610.

WHEREFORE, Defendant Unlock Partnership Solutions AOI, Inc., respectfully requests that the Court enter judgment in its favor on (i) Plaintiff's claims, (ii) the Co-Defendant's Crossclaim, and/or to the extent applicable (iii) its Counterclaim, together with any other relief that may be appropriate.

December 10, 2025

**UNLOCK PARTNERSHIP SOLUTIONS AO1 INC.,**
*By Counsel,*

*/s/ Jason R. Lipkin, Esq.*
Jason R. Lipkin, Esquire
Alexander R. Green, Esquire
(admitted *pro hac vice*)
MCGLINCHEY STAFFORD PLLC
112 West 34th Street, Suite 1515
New York, NY 10120
T: (646) 362-4048
F: (646) 224-9487
E: jlipkin@mcglinchey.com
agreen@mcglinchey.com

Andrew K. Stutzman, Esquire
Christopher A. Reese, Esquire
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
E: astutzman@stradley.com
creese@stradley.com

*Attorneys for Defendant Unlock Partnership Solutions AO1 Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically on December 10, 2025, and it is available for viewing and downloading from the Court's ECF system, which automatically generates an electronic notice that constitutes service of the filed document upon all counsel of record in this matter.

*/s/ Jason R. Lipkin, Esq.*
Jason R. Lipkin, Esquire