UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING:** 12/12/25

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Meta Goddard

**TITLE OF CASE:**                                                        **DOCKET NO.**: 1:24-cv-1374 (CPO-AMD)

ANGELA ROBERTS
    v.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., et al.

**APPEARANCES:**
Edward Hanratty, Esquire & Thomas Scott-Railton, Esquire for Plaintiff
Christopher Reese, Esquire & Alex Green, Esquire for Defendant Unlock Partnership Solutions, AOI, Inc.
Steve McNally, Esquire for Defendant Clear Edge Title, Inc.

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held via Teams.
In light of Defendant's Motion to Withdraw its Motion to Compel Arbitration, ECF No. 106, the Motion to Compel Arbitration, ECF No. 85, is administratively terminated. Defendant shall file a brief in support of the Motion to Withdraw no later than December 31, 2025. Plaintiff shall file opposition no later than January 21, 2026. Plaintiff shall file a reply no later than January 28, 2026. All briefing shall be no more than fifteen (15) pages.

| | |
|---|---|
| Time Commenced: | 11:00am |
| Time Adjourned: | 11:20am |
| **Total Time:** | **20 Minutes** |

                                            s/ Haley E. Minix
                                            Deputy Clerk