# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., *et al.*,<br><br>Defendants. | Civil Action No.: 1:24-cv-01374 |

**STIPULATION AND REQUEST FOR EXTENSION OF TIME**

AND NOW, this 23rd day of December, 2025, Plaintiff, Angela Roberts, and Defendant, Unlock Partnership Solutions AOI, Inc. ("Unlock"), hereby stipulate and ask as follows:

WHEREAS, Plaintiff filed a Second Amended Complaint (ECF No. 79) on March 20, 2025;

WHEREAS, Unlock filed a motion to compel arbitration (ECF No. 85) on May 5, 2025;

WHEREAS, oral argument was held on the motion to compel arbitration on December 4, 2025;

WHEREAS, Unlock filed a Notice of Withdrawal of Motion to Compel Arbitration and Waiver of Right to Compel Arbitration (ECF No. 106) on December 10, 2025;

8304119v.1

WHEREAS, Unlock filed an Answer to the Second Amended Complaint with Counterclaims (ECF No. 108) on December 11, 2025;

WHEREAS, the Court held a status conference on December 12, 2025;

WHEREAS, the Court entered a text order (ECF No. 109) on December 12, 2025 administratively terminating the motion to compel arbitration and requiring Unlock to file a brief in support of its motion to withdraw its motion to compel arbitration by December 31, 2025, Plaintiff to file any brief in opposition by January 21, 2026, and Unlock to file any reply brief by January 28, 2026;

WHEREAS, Unlock's lead counsel in this matter, Alexander R. Green, is in the process of separating from McGlinchey Stafford PLLC;

WHEREAS, in connection with that departure, Unlock is updating its lead counsel in this matter to be Matthew S. Sheldon of the law firm Goodwin Procter LLP;

WHEREAS, Unlock's new lead counsel will require a modest amount of additional time to review the matter and prepare a brief in support of the motion to withdraw the motion to compel arbitration, as directed by the court, and this requested additional amount of time is in part necessary due to the intervening holidays and international travel;

WHEREAS, counsel for Plaintiff also needs additional time to prepare a response to the Counterclaims due to the intervening holidays and international

travel;

WHEREFORE, Plaintiff and Unlock stipulate and ask that (a) the deadline for Unlock to file a brief in support of its motion to withdraw its motion to compel arbitration is extended to January 16, 2026, the deadline for Plaintiff to file any brief in opposition is extended to February 6, 2026, and the deadline for Unlock to file any reply brief is extended to February 13, 2026, and (b) the deadline for Plaintiff to respond to Unlock's Counterclaims is extended to January 23, 2026.

| | |
|---|---|
| */s/ Edward Hanratty* | */s/ Andrew K. Stutzman* |
| Edward Hanratty, Esq.<br>Law Office of Edward Hanratty<br>57 W. Main Street<br>Freehold, NJ 07728<br>T: (732) 866-6655<br>E: thanratty@centralnewjersey bankruptcylawyer.com<br>*Attorneys for Plaintiff* | Andrew K. Stutzman, Esq.<br>Christopher A. Reese, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>T: (215) 564-8000<br>E: astutzman@stradley.com<br>*Attorneys for Unlock Partnership Solutions AOI, Inc.* |
| */s/ Thomas Scott-Railton* | */s/ Matthew S. Sheldon* |
| Thomas Scott-Railton, Esq.<br>GUTPA WESSLER LLP<br>2001 K Street, NW<br>Suite 850 North<br>Washington, D.C. 2006<br>T: (202) 888-1741<br>E: thomas@gutpawessler.com<br>*Attorneys for Plaintiff* | Matthew S. Sheldon, Esq.<br>GOODWIN PROCTER LLP<br>1900 N Street NW<br>Washington, D.C. 20036<br>T: (202) 346-4027<br>E: MSheldon@goodwinlaw.com<br>*Attorneys for Unlock Partnership Solutions AOI, Inc.* |

**IT IS SO ORDERED.**

_____
Hon. Christine P. O'Hearn
*No further extension requests will be granted

3

8304119v.1