# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA ROBERTS, <br><br> Plaintiff, <br><br> - against - <br><br> UNLOCK PARTNERSHIP SOLUTIONS AO1, INC., CLEAR EDGE TITLE INC., ABC INC 1 – 10, AND JOHN DOE 1-10, <br><br> Defendants. | Case No.: 24-cv-01374-CPO-AMD <br><br> **NOTICE OF WITHDRAWAL OF CO-COUNSEL** |

**PLEASE TAKE NOTICE** of the withdrawal of the appearances of Jason R. Lipkin, Esquire, and Alexander R. Green, Esquire, and McGlinchey Stafford PLLC, as counsel for Defendant, Unlock Partnership Solutions AOI, Inc. ("Unlock"), in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that the appearances for Unlock of Andrew K. Stutzman, Esquire, and Christopher A. Reese, Esquire, of Stradley Ronon Stevens & Young, LLP, and *Pro Hac Vice* counsel, Matthew S. Sheldon, Esquire, of Goodwin Procter LLP, remain.

Dated: January 7, 2026
New York, NY

                                        Respectfully,

                                        McGlinchey Stafford, PLLC

*/s/ Jason R. Lipkin, Esq.*
Jason R. Lipkin, Esq.
Alexander Green, Esq.
112 West 34th Street, Suite 1515
New York, NY 10120
(646) 362-4048
jlipkin@mcglinchey.com

To:   All counsel of record (Via ECF)