**StradleyRonon**

LibertyView
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002
T: 856.321.2400

*A Pennsylvania Limited
Liability Partnership*

**Christopher Reese**
Counsel
creese@stradley.com
856.321.2408

January 15, 2026

**Via ECF**

The Honorable Ann Marie Donio
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
Camden, NJ 08101

**Re:    Angela Roberts v. Unlock Partnership AOI, Inc., et al.; Case No. 1:24-cv-01374-CPO-AMD**

Dear Judge Donio:

    We are co-counsel for defendant Unlock Partnership Solutions AOI, Inc. in this matter. With the consent of counsel for Plaintiff Angela Roberts, we respectfully request that an in-person settlement conference before Your Honor be scheduled at your earliest convenience. Given that settlement discussions are only in the early stages and the status of the case, the parties are not requesting any adjournment of pending deadlines or a stay of the litigation, and the parties are proceeding with the briefing ordered by the Court.

    Respectfully submitted,

    */s/ Christopher A. Reese*

    Christopher A. Reese

cc: All counsel of record (via ECF)

**Stradley Ronon Stevens & Young, LLP**  |  **stradley.com**
Chicago  |  Los Angeles  |  New York  |  Philadelphia  |  Washington, D.C.

8344727v.1