**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA ROBERTS, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:24-cv-01374-CPO-AMD |
| UNLOCK PARTNERSHIP SOLUTIONS AO1, INC., *et al.*, | |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Angela Roberts and Defendants, Unlock Partnership Solutions AO1, Inc. and ClearEdge Title Inc., being all the parties in the above-captioned action, hereby jointly notify the Court that they have reached a settlement in principle, including all claims, counterclaims, and crossclaims, which the parties have agreed will be dismissed with prejudice upon the execution of a settlement agreement and the completion of certain settlement terms.

Dated:  February 16, 2026

*/s/ Edward Hanratty*
Edward Hanratty (NJ ID No. 052151997)
THE LAW OFFICE OF EDWARD HANRATTY
57 West Main Street, Suite 2D
Freehold, NJ 07728
Thanratty@centralnewjerseybankruptcylawyer.com
*Counsel for Plaintiff*

*/s/ Andrew K. Stutzman*
Andrew K. Stutzman (Pa. I.D. No. 72922)
Christopher A. Reese (Pa. I.D. No. 308939)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
astutzman@stradley.com
creese@stradley.com

ACTIVE/204656855.3

*Counsel for Defendant, Unlock Partnership Solutions AO1, Inc.*

<u>*/s/ Paige M. Bellino*</u>
Stephen McNally
Paige M. Bellino
McNALLY & BELLINO, LLC
1814 East Route 70,  Suite 350
Cherry Hill, NJ 08003
SMcNally@mb-firm.com
*Counsel for Defendant, ClearEdge Title Inc.*

ACTIVE/204656855.3